In The United States District Court
For The Middle District of Alabama
Northern Division

George Hoey Morris,    )
    plaintiff          )
                       )
v                      )   2:06-CV-1006-MHT
                       )
Gordon Ledbetter       )
(individually) et al   )
    defendants         )

## Objection to Magistrate's Order

Comes now the Plaintiff George Hoey Morris and moves this Court to dismiss the order of 15 Dec 2006 by Magistrate Susan Russ Walker that is in effect an effort by her to protect certain persons who have flagrantly violated his Constitutional rights. Magistrate Walker seeks to protect these individuals by removing the original complaint and replacing it with an instrument (or several instruments) that will be more easily dismissed; said dismissal to occur before even one defendant has answered the complaint.

Magistrate Walker violated her judicial ethics when on 17 June 2005 she ordered Morris confined without bail after a hearing

PAGE 1

during which Thomas Coram Jr provided false and misleading testimony, some of which was obviously untrue. After a brief acknowlegement of Morris' rights, she ordered Morris held without bail where he remained for 16 months while the Defendants in this case and others created various false scenarios to convict this Plaintiff of a crime; any crime.

It is inevitible that at some point in the future the 17 June 2005 transcript will be examined closely and Magistrate Walker's forced detention will be revealed as injustice.

The Magistrate's order states that the complaints are not related in time or type, that the Defendants and their participation are not adequately identified and a few other vague claims when in fact the Defendants and all the circumstances are adequately articulated. The missing dates and times are unavailable to this Plaintiff; the direct result of his incarceration by Magistrate Walker. All this information is public record and is known to everyone involved.

Plaintiff has demonstrated in this complaint and case number 2:06-cv-1005-MEF that after a truckload of his media was siezed, the office of the Alabama Attorney General

AND OTHERS BEGAN AN EFFORT TO CONVICT HIM OF A CRIME TO DERAIL PLAINTIFF'S CLAIM FOR COMPENSATION; SAID EFFORT CROSSING THE LINE TO BECOME ILLEGAL AND UNCONSTITUTIONAL BEHAVIOR. A REVIEW OF BOTH COMPLAINTS ADEQUATELY DESCRIBES THE FACTS.

IT IS EVIDENT TO EVEN THE MOST CASUAL OBSERVER THAT THE MAGISTRATE'S ORDER IS DESIGNED TO SUPERCEDE THIS COMPLAINT WITH INSTRUMENTS MORE EASILY DISCREDITED. TO DISMISS THIS COMPLAINT OR FORCE THE PLAINTIFF TO COMPLY WITH THE ORDER SERVES ONLY TO PROTECT FASCIST INDIVIDUALS WHO HAVE NO RESPECT FOR THE UNITED STATES CONSTITUTION.

THE UNDERSIGNED PRAYS THIS COURT TO EXCLUDE MAGISTRATE WALKER FROM FURTHER COMMENT ON THIS CASE AND TO REQUIRE AN ANSWER FROM EACH DEFENDANT TO THIS COMPLAINT.

PLAINTIFF MOVES THAT THIS CASE BE HEARD AT THE SAME TIME AND BY THE SAME JUDGE AS CASE NUMBER 2:06-CV-1005-MEF BECAUSE BOTH CASES ARE SIMILAR AND VERY CLOSELY RELATED.

RESPECTFULLY SUBMITTED TO THIS COURT ON 01 JANUARY 2007 BY...

GEORGE HOEY MORRIS