IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|    v. | ) 2:06cv1006-MHT |
| | ) |
| GORDON LEDBETTER, etc., | ) |
| et al., | ) |
| | ) |
|    Defendant. | ) |

### ORDER

It is ORDERED that plaintiff's objection (Doc. No. 3) to order is overruled.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 28th day of December, 2006.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE