In The United States District Court
For The Middle District of Alabama
Northern Division

George Hoey Morris
plaintiff

v

Gordan Ledbetter
(individually), et al

RECEIVED
2007 JAN 19 A 9:47
[ ]P. HACKETT CLK
U.S. DISTRICT COURT
[ ]DISTRICT ALA

2:06 CV 1006 MHT
(WO)

Objection to the Recommendation
Of The Magistrate Judge

Comes now the plaintiff George Hoey Morris
appearing pro se and makes this objection
to the recommendation of Magistrate Susan Walker.

Magistrate Walker has recommended that
the above styled case be dismissed
without having been answered by any
defendant. She has demanded compliance
to her requirements in an effort to
insure that the complaint be dismissed
without the facts ever having been reviewed.

This action is destined to be
viewed at some time in the future as
a historic example of "Manifest Injustice".

Respectfully submitted on 19 Jan 2007

by:
   [signature] Hoey Morris