IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GEORGE HOEY MORRIS,           )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )      2:06cv1006-MHT
                              )           (WO)
GORDON LEDBETTER, Chief       )
of Police, et al.,            )
                              )
    Defendants.               )
```

OPINION

Apparently pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit charging an "unreasonable search." This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 23rd day of January, 2007.**

                             <u>/s/ Myron H. Thompson</u>
                           **UNITED STATES DISTRICT JUDGE**