In The United States District Court
Middle District of Alabama
Northern Division

George Hoey Morris )
plaintiff )
) Civil Action No.
vs. )
City of Eclectic )        2:06 CV 1006-MHT
et al )

2007 JAN 30 A 9:37

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Notice of Appeal

Comes Now THE PLAINTIFF George Hoey Morris
APPEARING pro se AND FILES THIS TIMELY
NOTICE OF APPEAL IN THE ABOVE STYLED
CASE. THE APPEAL IS ON THE GROUNDS
OF MANIFEST INJUSTICE.

Respectfully Submitted to this Court
on 25 January 2007 By:

George Hoey Morris

George Huey Phillips
Georgia Detention Annex
PO Box 57
Montgomery, Al. 36101

INMATE MAIL MONTGOMERY CITY JAIL

36101+07 11

MONTGOMERY AL 361
29 JAN 2007 PM 3 L

Clerk
US District Court
PO Box 711
Montgomery, Al.

34101*0711