IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-10447-D

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 2 2007

THOMAS K. KAHN
CLERK
```

GEORGE HOEY MORRIS,

                                          Plaintiff-Appellant,

versus

GORDON LEDBETTER, Chief of Police,
CHRIS MILES, et al.,

                                                            Defendants-Appellees.

Appeal from the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a motion in the district court for relief from the obligation to pay in advance the $455 fee) to the clerk of the district court within the time fixed by the rules, effective this 2nd day of March, 2007.

                                        THOMAS K. KAHN
                                        Clerk of the United States Court
                                        of Appeals for the Eleventh Circuit

                                        By: Nancy Holbrook
                                            Deputy Clerk

A True Copy - Attested FOR THE COURT - BY DIRECTION
Clerk, U.S. Court of Appeals,
Eleventh Circuit

*[signature]*
Deputy Clerk
Atlanta, Georgia

                                                                                   ORD-40