United States Court of Appeals
Eleventh Circuit

George Hoey Morris

v.

Gordon Ledbetter et al;

Appeal No: 07-10447-D
Dis Court No: 06-01006 CV-T-N

## MOTION TO REINSTATE

Comes now the Plaintiff George Hoey Morris appearing pro se and files this motion to reinstate the above styled case that was dismissed because the filing fee had not been received. This fee has been paid.

Respectfully submitted on 14 March 2007 By:

*[signature] George Hoey Morris*

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

*[signature]*
Deputy Clerk
Atlanta, Georgia

**GRANTED BY CLERK FOR COURT**
*[signature]* 4/4/07
Clerk          Date

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 19 2007
THOMAS K. KAHN
CLERK