IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

2007 JUL 24 A 9 10

No. 07-10447-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 19 2007

THOMAS K. KAHN
CLERK

GEORGE HOEY MORRIS,

Plaintiff-Appellant,

versus

GORDON LEDBETTER, Chief of Police,
CHRIS MILES,
EPD Officer,
et al.,,

Defendants-Appellees..

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief within the time fixed by the rules, effective this 19th day of July, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Elora Jackson
    Deputy Clerk
    FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
    Deputy Clerk
    Atlanta, Georgia

ORD-40